UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES L. EKSTAM, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:04CV00187 AGF |
| ) | |
| C. BRAD EKSTAM, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that on or before June 1, 2007, the parties shall deliver to chambers a courtesy paper copy of any and all memoranda filed in support of any motion for summary judgment that have already been filed, together with any exhibits and statements of undisputed facts.[1]

**IT IS FURTHER ORDERED** that to the extent the parties hereafter file any exhibits in support of opposition briefs, reply briefs, or responses to statement of facts, that party shall also deliver a courtesy paper copy of such filings to chambers.

*(signature)*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 29th day of May, 2007.

---

[1] To the extent Defendants filed amended memoranda in support of their motions for summary judgment, only copies of the amended memoranda and exhibits need to be delivered to chambers.