UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES L. EKSTAM, ) | |
| FUEL PREPORATOR INTERNATIONAL, ) | |
| INC., and EKSTAM WORLDWIDE, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:04CV00187 AGF |
| ) | |
| C. BRAD EKSTAM, ) | |
| DIESEL PERFORMANCE PRODUCTS, ) | |
| and C. BRAD EKSTAM d/b/a DIESEL ) | |
| PERFORMANCE PRODUCTS CO., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the Memorandum and Order entered herein on this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that judgment is entered on behalf of Defendants and against Plaintiffs.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 31st day of August, 2007